# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARION JANINE MCDOWELL, in her own behalf and as next friend of D.C.M. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 00-cv-594 (RCL) |
| DISTRICT OF COLUMBIA | ) ) | |
| Defendant. | ) ) ) | |

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $4,295.09, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: ___12/21/21___

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE